IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DAVIS,<br><br>  Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>Defendant. | Case No. 1:21−cv−03070<br><br>Honorable Judge Steven C. Seeger |

**JOINT STATUS REPORT PURSUANT TO COURT ORDER**

Pursuant to the Court's August 24, 2021 Order [Dkt. 13], the Parties submit this Joint Status Report.

1. **Status of Settlement Discussions:**

Plaintiff and Defendant have been involved in settlement discussions. There has been informal document exchange between the Parties. Plaintiff's counsel is working with Plaintiff to review all documents and information provided. Plaintiff's counsel has recently been unable to connect with Plaintiff and requests an additional 30 days to attempt to resolve these claims. Defendant has no objection to continued settlement discussions.

| | |
|---|---|
| DATED: September 17, 2021 | Respectfully submitted, |
| */s/ Victor T. Metroff* | */s/ Andrew E. Cunningham* |
| Victor T. Metroff<br>Mohammed O. Badwan<br>**SULAIMAN LAW GROUP, LTD.**<br>2500 S. Highland Ave., Suite 200<br>Lombard, Illinois 60148<br>+1 630-581-5450<br>+1 630-575-8180<br>mbadwan@sulaimanlaw.com<br>vmetroff@sulaimanlaw.com<br><br>*Counsel for Plaintiff* | Andrew E. Cunningham<br>Morgan I. Marcus<br>**Sessions, Israel & Shartle, LLC**<br>141 W. Jackson Boulevard, Suite 3550<br>Chicago, Illinois 60604<br>+1 312-578-0992<br>acunningham@sessions.legal<br>mmarcus@sessions.legal<br><br>*Counsel for Defendant* |